**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Lidia Rojas ALVAREZ, Defendant–Appellant.**

**No. 06–51317
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alexander Lee Calhoun, Law Office of Alex Calhoun, Austin, TX, for Defendant–Appellant.

---

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Lidia Rojas Alvarez raises arguments that are foreclosed by *United States v. Hunt,* 129 F.3d 739, 744–46 (5th Cir. 1997). In *Hunt,* we exercised our authority under 28 U.S.C. § 2106 and directed the entry of a judgment of conviction on a lesser included offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.